EDWARD LEVIN, Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.— Motion for leave to appeal to the Appellate Division denied,

with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Sol Levin, Appellant, v. Fidelity and Deposit Company of Maryland, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.